CHICAGO—FIRST DISTRICT—FEBRUARY, 1917.    433

The People v. La Salle Street T. & S. Bk., 203 Ill. App. 433.

The People of the State of Illinois ex rel. James J. Brady, Auditor of Public Accounts, Appellee, v. La Salle Street Trust & Savings Bank et al.
In re Intervening Petition of Wexford Company, Appellant.

Gen. No. 21,954.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed February 9, 1917. Rehearing denied February 19, 1917.

### Statement of the Case.

Bill by the People of the State of Illinois *ex rel.* James J. Brady, as auditor of public accounts, complainant, against La Salle Street Trust & Savings Bank and others, defendants, Wexford Company, a corporation, intervener, to dissolve the La Salle Street Trust & Savings Bank and for appointment of a receiver therefor. From an order dismissing the intervening petition, the petitioner appeals.

JOHN M. DUFFY, for Wexford Company.

HIRAM T. GILBERT and CHARLES LE ROY BROWN, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

EQUITY, § 110*—*when petition for intervention is properly dismissed.* Where a party petitioning to intervene in a suit failed on the hearing of his petition to present any evidence in support thereof or to apply for a continuance for the purpose of procuring the testimony of a witness stated by him to be material, then absent from the city, *held* that there was no error in dismissing such petition.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.